VIRGINIA HOT SPRINGS CO. v. HEGEMAN & CO. (Circuit Court of Appeals, Second Circuit. May 2, 1906.) No. 223. Appeal from the Circuit Court of the United States for the Southern District of New York. J. A. Stetson, for appellant. C. E. Rushmore, for appellees. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decree of Circuit Court affirmed, on opinion below. 138 Fed. 855.

---

WERCKMEISTER v. AMERICAN TOBACCO CO. (Circuit Court of Appeals, Second Circuit. April 4, 1906.) No. 135. In Error to the Circuit Court of the United States for the Southern District of New York. Antonio Knaush, for plaintiff in error. Wm. A. Jenner, for defendant in error. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. The judgment of the Circuit Court, Southern District of New York (138 Fed. 162), is affirmed.

---

HARTFORD v. HOLLANDER. (Circuit Court, S. D. New York. March 15, 1906.) Motion for Preliminary Injunction. Clifford E. Dunn, for the motion. Jno. H. Straley, opposed.

LACOMBE, Circuit Judge. Upon the argument the suggestions as to trademark and unfair competition were not pressed. There is left only an application for injunction upon an unadjudicated patent of recent issue, where there is a substantial conflict as to the prior art. These questions should be left for final hearing. Motion denied.